Viera, Recurrente, *v.* El Registrador de Arecibo, Recurrido.

Recurso gubernativo contra nota del Registrador de la Propiedad de Arecibo denegando la inscripción en parte de una escritura de venta de ciertas participaciones.

No. 229.—Resuelto en junio 18, 1915.

Inscripción de Títulos—Venta de Participaciones en Procedimiento Hipotecario—Inscripción a Nombre de Persona Distinta de los Demandados.—De acuerdo con el artículo 20 de la Ley Hipotecaria, debe denegarse la inscripción de una escritura de venta de participaciones en una propiedad otorgada por el márshal en procedimiento hipotecario, cuando las referidas participaciones están ya inscritas a nombre de persona distinta de los demandados a cuyo nombre se hizo la venta.

Los hechos están expresados en la opinión.

Abogado del recurrente: *Sr. Manuel Benítez Flores.*

El registrador recurrido, Sr. José Marcial López, compareció en nombre propio.

El Juez Asociado Sr. Hutchison, emitió la opinión del tribunal.

Al inscribirse la venta de ciertas participaciones en una propiedad la cual se describe en una escritura que fué otorgada por el márshal de la Corte de Distrito de Arecibo como consecuencia de los procedimientos sobre ejecución de hipoteca que tuvieron lugar en dicha corte, el Registrador de la Propiedad de Arecibo, citando el artículo 20 de la Ley Hipotecaria, denegó la inscripción del traspaso que también se pretendía hacer en dicha escritura de ciertas otras participaciones en la misma propiedad, fundándose en que las referidas participaciones ya habían sido inscritas a nombre de ''persona distinta de los otros demandados, a cuyo nombre se hizo la venta.''

Debe confirmarse la nota del registrador.

*Confirmada la nota recurrida.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Aldrey.